IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| VICTORINO CRUZ MARTINEZ,<br><br>    Petitioner,<br><br>vs.<br><br>ALBERTO GONZALES,<br><br>    Respondent. | No. CV 06-0551-PHX-JAT-(BPV)<br><br>**REPORT AND RECOMMENDATION** |

On February 22, 2006, Petitioner, Victorino Cruz Martinez, confined in the Eloy Detention Facility in Eloy, Arizona, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc #1).

He argued his current detention, while his appeal is pending before the Ninth Circuit, is contrary to law. The Respondent filed a response on June 8, 2006, and a corrected response was lodged and ordered filed on June 21, 2006. Although an extension of time was granted to allow Petitioner to file a reply, no reply was filed.

A review of the Ninth Circuit docket suggests that the temporary stay of removal issued in the case in the records presented by the U.S. Attorney to this Court was lifted when the mandate issued on March 15, 2005. As no further records were submitted to this Court, the Court searched the Ninth Circuit's docket and discovered a second appeal to the Ninth Circuit by Petitioner, case number 06-70329. The docket in case number 06-70329 indicates that a second temporary stay of removal was issued in that case, however, that petition was denied on the merits on June 9, 2006, and, presumably, although it is not clear from the docket, the stay of removal was lifted when the

1  mandate issued on August 1, 2006.  Thus, this Court had reason to believe that
2  Petitioner was no longer in the custody of DHS.

3  Accordingly, on September 21, 2006, this Court gave Petitioner until October
4  20, 2006 to show good cause why this case should not be dismissed as moot.  The court
5  specifically warned Martinez that the case may be dismissed without further notice if
6  he failed to respond.  He did not respond.  The docket indicates that the order was
7  returned as undeliverable (Document # 15) and that the Clerk of Court confirmed with
8  the detention center that Petitioner has been deported.  (*Id.*)

## RECOMMENDATION

The Magistrate Judge recommends that the District Court, after its independent review of the record, enter an order DISMISSING the Petition for Writ of Habeas Corpus as MOOT.

Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within 10 days of being served with a copy of this report and recommendation.  If objections are not timely filed, they may be deemed waived.  If objections are filed, the parties should use the following case number:  CIV 06-551-PHX-JAT.

DATED this 24th day of October, 2006.

_____
Bernardo P. Velasco
United States Magistrate Judge

- 2 -