**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victorino Cruz Martinez, ) | No. CV 06-0551-PHX-JAT (BPV) |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Alberto Gonzalez, ) | |
| Respondent. ) | |

Pending before the Court is Petitioner's Petition For Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (Doc. #1). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #17) recommending that the Petition be denied and dismissed as moot.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

However, the Court notes that, in contradiction of *Reyna-Tapia* and *Schmidt*, the Magistrate Judge states that his recommendation is subject to the District Court conducting, "its independent review of the record." The Court is unclear whether the Magistrate Judge

1 is attempting to direct this Court to conduct a *de novo* review or is suggesting some other
2 standard. Nonetheless, consistent with *Reyna-Tapia* and *Schmidt*, this Court has not
3 conducted any review because no objections were filed. If Petitioner or Respondent failed
4 to file objections in reliance on the Magistrate Judge's admonition to the District Court,
5 either party may move for reconsideration of this Order within thirty days and shall
6 contemporaneously file such parties' objections with the motion for reconsideration.

    Accordingly,

    **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #17) is **ACCEPTED and ADOPTED**;

    **IT IS FURTHER ORDERED** that Petitioner's Petition For Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (Doc. #1) is **DISMISSED, without prejudice, AS MOOT**; and the Clerk of the Court shall enter judgment accordingly.

    DATED this 28th day of November, 2006.

James A. Teilborg
United States District Judge